

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00821-CV

Nicole Iris **VATCHER**,
Appellant

v.

Thomas R. **VATCHER**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15189
Honorable John D. Gabriel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover his costs of appeal from appellant.

SIGNED January 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice